Yana A. Hart, Esq. (SBN: 306499)
yana@westcoastlitigation.com
**Hyde & Swigart**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorney for Plaintiff*
Taneesha Crooks

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TANEESHA CROOKS, Individually and On Behalf of All Others Similarly Situated,**<br><br>Plaintiff,<br><br>v.<br><br>**CMRE FINANCIAL SERVICES, INC.,**<br><br>Defendant. | CASE NO: 3:17-CV-00270-H-JLB<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The Plaintiff anticipates filing a Request for Dismissal of this action in its entirety with prejudice within 90 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after January 11, 2018 for filing a Request for Dismissal.

Respectfully submitted,

Date: October 20, 2017

**Hyde & Swigart**

By: _Yana A. Hart_
Yana A. Hart, Esq.
*Attorneys for Plaintiff*