Yana A. Hart, Esq. (SBN: 306499)
yana@westcoastlitigation.com
**HYDE & SWIGART, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:  (619) 233-7770
Facsimile:   (619) 297-1022

*Attorneys for Plaintiff,*
Taneesha Crooks

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TANEESHA CROOKS,** Individually and On Behalf of All Others Similarly Situated**,**<br><br>Plaintiff,<br><br>v.<br><br>**CMRE FINANCIAL SERVICES, INC.,**<br><br>Defendant. | Case No.: 3:17-cv-00270-H-JLB<br><br>**JOINT MOTION TO DISMISS ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS, PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)**<br><br>**HON. MARILYN L. HUFF** |

Plaintiff TANEESHA CROOKS and CMRE FINANCIAL SERVICES, INC. hereby jointly move to dismiss the above entitled action with prejudice as to the named Plaintiff and without prejudice as to the Putative Class, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party shall bear her/its own costs.  The notice and approval requirements of Federal Rule of Civil Procedure 23(e) are inapplicable to the parties' settlement and dismissal of this Putative Class action because this action has not been certified as a class.

WHEREFORE, the Parties respectfully request that this Court dismiss this action with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class. This Court retains jurisdiction to enforce the settlement of this action.

Dated: January 17, 2018  **HYDE & SWIGART, APC**

By: s/ Yana A. Hart, Esq.
Yana A. Hart
*Attorneys for Plaintiff*

Dated: January 17, 2018  **CARLSON & MESSER LLP**

By: s/ David J. Kaminiski
David J. Kaminiski, Esq.
*Attorneys for Defendant*

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to David J. Kaminski, counsel for the Defendant, and that I have obtained his authorization to affix his electronic signature to this document.

Dated: January 17, 2018                **HYDE & SWIGART APC**

By: s/ Yana A. Hart, Esq.
Yana A. Hart
*Attorneys for Plaintiff*