# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANEESHA CROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CMRE FINANCIAL SERVICES, INC.,<br><br>Defendant. | Case No.: 17-cv-00270-H-JLB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE AS TO NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO PUTATIVE CLASS**<br><br>[Doc. No. 31] |

On February 10, 2017, Plaintiff Taneesha Crooks ("Plaintiff Crooks") brought this case as a class action, alleging violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq. (Doc. No. 1.) On April 28, 2017, Defendant CMRE Financial Services, Inc. ("Defendant"), filed its answer. (Doc. No. 7.) On October 20, 2017, Plaintiff Crooks filed a notice of settlement. (Doc. No. 26.) On January 17, 2018, Plaintiff Crooks and Defendant filed a joint motion to dismiss the action with prejudice as to Plaintiff Crooks and without prejudice as to the putative class, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. No. 31.) The putative class was never certified.

The Court has considered the factors identified in Diaz v. Trust Territory of the Pacific Islands and is satisfied that dismissal would not be "collusive or prejudicial" to the

putative class members. See 876 F.2d 1401, 1408 (9th Cir. 1989); see also Hardman v. Tri-Financial, LLC, No. 09-CV-0081, 2010 WL 11508879 (S.D. Cal. Feb. 3, 2010) (applying Diaz to pre-certification motion for dismissal of class action); id. at *1 n.1 (collecting cases doing same). Accordingly, the Court **GRANTS** the joint motion. This action is **DISMISSED WITH PREJUDICE** as to Plaintiff Crooks and **DISMISSED WITHOUT PREJUDICE** as to the putative class.

**IT IS SO ORDERED.**

DATED: January 18, 2018

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT